THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHY WOO, Appellant, against YOCK WOO, Respondent.—Order affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.; Dore and Callahan, JJ., dissent and vote to modify the order appealed from to adjourn the proceeding on the writ rather than dismiss it, until the child is returned and to fix September 1, 1951, as the date of return of the child.

∎

SILK GUILD OF AMERICA et al., Appellants, v. POCONO TEXTILE PRINTS, INC., Respondent.— Order unanimously modified so as to direct reference, on the issue as to whether defendant is doing business in this State, of an official referee and, as so modified, affirmed, with $20 costs and disbursements to abide the event. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

∎

In the Matter of GERTRUDE DIAMOND, Appellant, against HAROLD FIELDS et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

∎

In the Matter of SOLOMON BRENNER, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator of the Temporary State Housing Rent Commission, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Joseph D. McGoldrick, etc. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 584.]

∎

In the Matter of HENRY ISCOVITZ et al., Appellants, against JOSEPH D. MCGOLDRICK, as State Rent Administrator of the Temporary State Housing Rent Commission, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

∎

HAROLD AUTEN, Respondent, v. R. J. KERRIDGE, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs · and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 577.]

∎

ARLYNNE MACFADDEN, Appellant, v. BERWYN MACFADDEN, Respondent.— Order unanimously modified by directing the receiver forthwith to pay $5,000 to defendant, and by reversing and striking out the provision directing that the receiver be discharged, and, as so modified, affirmed, with $20 costs and disbursements to the plaintiff. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.